

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BINION, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MAINTENX INTERNATIONAL SERVICE MANAGEMENT GROUP, INC., a Florida corporation; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-02954-CJC-JPR<br><br>[*Assigned to the Hon. Cormac J. Carney*]<br><br>**ORDER RE DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

　　　The Court, having considered the Stipulation by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders that this action is dismissed in its entirety, with prejudice as to Plaintiff, and without prejudice as to the claims of putative class members.

　　　**IT IS SO ORDERED.**

　　　DATED: October 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE